VENABLE LLP
Sarah S. Brooks (SBN 266292)
ssbrooks@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Frank M. Gasparo (Admitted *Pro Hac Vice*)
Ralph A. Dengler (Admitted *Pro Hac Vice*)
Andrew P. MacArthur (SBN 324997)
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Email: fmgasparo@venable.com
         radengler@venable.com
         apmacarthur@venable.com
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

*Attorneys for Defendants/Counter-Claimants FriendFinder Networks Inc. and Streamray Inc.*

HUGHES HUBBARD & REED LLP
Rita M. Haeusler (SBN 110574)
rita.haeusler@hugheshubbard.com
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

LISTON ABRAMSON LLP
Ronald Abramson (Admitted *Pro Hac Vice*)
David G. Liston (Admitted *Pro Hac Vice*)
Ari J. Jaffess (Admitted *Pro Hac Vice*)
Alex G. Patchen (Admitted *Pro Hac Vice*)
M. Michael Lewis (Admitted *Pro Hac Vice*)
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, New York 1017
Email: ron.abramson@listonabramson.com
         david.liston@listonabramson.com
         ari.jaffess@listonabramson.com
         alex.patchen@listonabramson.com
         michael.lewis@listonabramson.com
Telephone: (212) 257-1630
Facsimile: (917) 633-5568

*Attorneys for Plaintiff WAG ACQUISITION, L.L.C.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS INC., et al.,<br><br>Defendants. | Case No. 19-cv-05036-JD<br><br>Honorable James Donato<br>Courtroom 11<br><br>**JOINT STATEMENT ON PENDING *EX PARTE* REEXAMINATIONS PURSUANT TO THE COURT'S ORDER** |

Plaintiff WAG Acquisition, L.L.C. ("WAG" or "Plaintiff") and Defendants FriendFinder Networks Inc. and Streamray Inc. ("FFN") (collectively, "the Parties") submit this Joint Statement in response to the Court's Order (Dkt. No. 228) requesting an update on the pending *ex parte* reexaminations.

As of November 16, 2021, all four of the reexaminations filed by FFN have been ruled on by the U.S. Patent and Trademark Office.

Reexamination 90/014,835 (8,185,611) was denied on November 12, 2021.

Reexamination 90/014,833 (8,327,011) was ordered on November 16, 2021.

As previously reported to the Court, reexaminations 90/014,834 (8,122,141) and 90/014,836 (8,364,839) were ordered on September 21, 2021 and September 30, 2021, respectively. *See* Dkt. Nos. 226-227.

DATED:  November 17, 2021                     VENABLE LLP

                                              By:  /s/ Sarah S. Brooks
                                                   Sarah S. Brooks (SBN 266292)
                                                   ssbrooks@venable.com
                                                   2049 Century Park East, Suite 2300
                                                   Los Angeles, CA 90067
                                                   Telephone:  (310) 229-9900
                                                   Facsimile:  (310) 229-9901

                                                   *Attorneys for Defendants/Counter-Claimants FriendFinder Networks Inc. and Streamray Inc.*

DATED:  November 17, 2021                     HUGHES HUBBARD & REED LLP

                                              By:  /s/ Rita M. Haeusler
                                                   Rita M. Haeusler (SBN 110574)
                                                   rita.haeusler@hugheshubbard.com
                                                   1999 Avenue of the Stars, 9th Floor
                                                   Los Angeles, CA 90067
                                                   Telephone:  (213) 613-2800
                                                   Facsimile:  (213) 613-2950

                                                   *Attorneys for Plaintiff WAG ACQUISITION, L.L.C.*

## E-FILING ATTESTATION REGARDING SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), I attest that counsel for Plaintiff concurred in this filing's content and authorized its filing.

DATED: November 17, 2021                    HUGHES HUBBARD & REED LLP

                                        By:     /s/ Rita M. Haeusler
                                                Rita M. Haeusler (SBN 110574)
                                                rita.haeusler@hugheshubbard.com
                                                1999 Avenue of the Stars, 9th Floor
                                                Los Angeles, CA 90067
                                                Telephone: (213) 613-2800
                                                Facsimile: (213) 613-2950

                                                *Attorneys for Plaintiff WAG ACQUISITION, L.L.C.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of November 2021, I electronically filed the **JOINT STATEMENT ON PENDING *EX PARTE* REEXAMINATIONS PURSUANT TO THE COURT'S ORDER** using the CM/ECF.

DATED: November 17, 2021

HUGHES HUBBARD & REED LLP

By: /s/ Rita M. Haeusler
Rita M. Haeusler (SBN 110574)
rita.haeusler@hugheshubbard.com
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

*Attorneys for Plaintiff WAG ACQUISITION, L.L.C.*